**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000400**
**18-FEB-2025**
**10:15 AM**
**Dkt. 123 ORD**

NO. CAAP-21-0000400

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE BANK OF NEW YORK MELLON formerly known as
THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-11,
Plaintiff-Appellee, v.
BRENDA MERLE WHITE; ASSOCIATION OF APARTMENT OWNERS
OF KUMELEWAI COURT; MILILANI TOWN ASSOCIATION,
Defendants-Appellees, and
GABI KIM COLLINS, Defendant-Appellant, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20 AND DOE GOVERNMENTAL UNITS 1-20,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC181000644)

ORDER
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of self-represented Defendant-Appellant Gabi K. Collins' (**Collins**) February 5, 2025 "Motion to Recuse and/or Disqualify Associate Judge Keith Hiraoka from Appellate Proceedings Due to Conflict of Interest and to Set Aside Summary Disposition Order and Judgment on Appeal Due to Appearance of Impropriety" (**Motion**), the papers in support, and the record, it appears that:

(1)  Collins, inter alia, asks this court to set aside its December 30, 2024 Summary Disposition Order and January 31, 2025 Judgment on Appeal;

(2)  Collins previously moved for reconsideration of the Summary Disposition Order, which this court denied; and

(3)  We construe Collins' Motion as a second motion for reconsideration of the Summary Disposition Order and a motion to set aside the Judgment on Appeal.  Only one motion for reconsideration is permitted, see Hawaiʻi Rules of Appellate Procedure Rule 40(e), and Collins fails to demonstrate good cause to set aside the Judgment on Appeal.

Therefore, IT IS ORDERED that Collins' Motion is denied as to Collins' request to reconsider the December 30, 2024 Summary Disposition Order and to set aside the January 31, 2025 Judgment on Appeal, and denied as to all other requests not expressly addressed in this order, except for Collins' motion to disqualify or recuse Judge Keith K. Hiraoka, which is addressed in a separate order in which Judge Hiraoka did not participate.

DATED:  Honolulu, Hawaiʻi, February 18, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2